UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LEON CARIL II,<br><br>                Petitioner,<br>    v.<br><br>STATE OF WASHINGTON,<br><br>                Respondent. | CASE NO. 2:23-cv-01735-RSM-GJL<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

This is a federal habeas action filed under 28 U.S.C. § 2254. Petitioner has submitted an Application seeking leave to proceed with this action *in forma pauperis* ("IFP"). Dkt. 9. Petitioner's IFP Application demonstrates that he is unable to afford the $5.00 filing fee. Petitioner's IFP Application (Dkt. 9) is therefore **GRANTED**. The Clerk is directed to file Petitioner's Petition for Writ of Habeas Corpus (Dkt. 1) without the prepayment of fees.

//

//

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1

1 | The Clerk is further directed to send a copy of this Order to Petitioner.

2 | Dated this 17th day of January, 2024.

Grady J. Leupold
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 2