UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LEON CARIL II,<br><br>     Petitioner,<br>  v.<br><br>ROBERT JACKSON,<br><br>     Respondent. | CASE NO. 2:23-cv-01735-RSM-GJL<br><br>ORDER EXTENDING STAY AND DIRECTING STATUS REPORTS |

This matter is before the Court on referral from the District Court and on Petitioner Leon Caril II's Motion to continue the stay of these proceedings and Respondent's Status Report. Dkts. 35, 38.

On May 15, 2024, the Court entered an Order staying this case while Petitioner exhausts his state court remedies and directing Petitioner to file a status report every 90 days informing the Court of the status of his state court proceedings. Dkt. 25. On July 23, 2024, Petitioner filed a Motion for an extension of time, construed by the Court as a Motion to continue the stay of these § 2254 proceedings. Dkt. 27.

ORDER EXTENDING STAY AND DIRECTING
STATUS REPORTS - 1

1    By Order dated August 15, 2024, the Court granted the Motion and directed that the case
2    remain stayed. Dkt. 28. In that Order, the Court also directed **Respondent** to file a report every
3    90 days informing the Court of the status of Petitioner's state court proceedings. *Id*. Finally, the
4    Court directed that, if the state court dismisses or resolves Petitioner's state court proceedings,
5    Petitioner **or** Respondent shall inform the Court and file a motion to lift the stay within 30 days
6    of the state court taking such action. *Id*.

7    On October 29, 2024, Petitioner filed another Motion for an extension of time, again
8    construed by the Court as a Motion to continue the stay of these § 2254 proceedings. Dkt. 29.
9    Also, pursuant to the Court's August 15, 2024, Order, Respondent filed a status report asserting
10   that a continuation of the stay is appropriate because Petitioner is still exhausting his state court
11   remedies. Dkt. 30. As a result, on November 13, 2024, the Court issued an Order granting the
12   Motion to continue the stay, and again directed Respondent to file a status report every 90 days.
13   Dkt. 31.

14   On January 21, 2025, Petitioner filed a Motion to continue the stay of these § 2254
15   proceedings. Dkt. 32. Also, pursuant to the Court's August 15, 2024, Order, Respondent filed a
16   status report asserting that a continuation of the stay is appropriate because Petitioner is still
17   exhausting his state court remedies. Dkt. 33. As a result, on February 13, 2025, the Court issued
18   an Order granting the Motion to continue the stay, and again directed Respondent to file a status
19   report every 90 days. Dkt. 34.

20   As the Court previously set forth, this Court may stay consideration of a habeas petition
21   to allow a petitioner to exhaust his remedies in state court before returning to federal court. *See*
22   *Rhines v. Weber*, 544 U.S. 69, 274–79 (2005). In the instant Motion, Petitioner again indicates
23   that his proceedings remain pending in state court and requests that the Court continue the stay of
24

ORDER EXTENDING STAY AND DIRECTING
STATUS REPORTS - 2

1  these habeas proceedings until the completion of those state court proceedings. Dkt. 35.

2  Respondent's status report again asserts that a continuation of the stay is appropriate because

3  Petitioner is still exhausting his state court remedies. Dkt. 38.

4     Upon review of the Motion and Respondent's status report, the Court finds good cause to

5  grant Petitioner's Motion. Thus, the Motion to continue the stay (Dkt. 35) is **GRANTED** and the

6  case shall remain **STAYED**.

7     **FURTHER**, **Respondent** is directed to continue to **FILE a report every 90 days**

8  informing the Court of the status of Petitioner's state court proceedings. The next status report is

9  due **on or before July 11, 2025**. **Based on this directive to Respondent regarding status**

10 **reports, there is no need for Petitioner to file additional motions to continue the stay of**

11 **these habeas proceedings**. Rather, if the state court dismisses or resolves Petitioner's state court

12 proceedings, Petitioner or Respondent is directed to **INFORM** the Court and **FILE** a motion to

13 lift the stay **within 30 days of the state court taking such action**. Respondent shall **FILE** its

14 answer **within 45 days after the stay is lifted**.

15    Dated this 11th day of April, 2025.

Grady J. Leupold
United States Magistrate Judge

ORDER EXTENDING STAY AND DIRECTING
STATUS REPORTS - 3